UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
LARON BROWN,

              Plaintiff,

                                                   **NOTICE OF DISCONTINUANCE**

-v-

                                                   **INDEX NO.: 5:24-cv-00544-FJS-ML**

HARRY BROWN and
WESTERN EXPRESS, INC.

              Defendants.
-----------------------------------------------------------------

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, their representatives, and attorneys of record for the parties in connection with this matter, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above action, including any and all claims and cross-claims be, and the same hereby is discontinued with prejudice and without cost to any party as against the other.

        **FURTHER,** this stipulation may be filed without further notice with the Clerk of the Court.

Dated: December 6, 2024
             Syracuse, New York

_____
Anthony R. Martoccia, Esq.
STANLEY LAW OFFICES
Attorneys for Plaintiff
Office and Post Office Address:
215 Burnet Avenue
Syracuse, New York 13203

_____
Joel B. Schechter, Esq.
Bennett Schechter Arcuri & Will, LLP
Attorneys for Defendants
701 Seneca Street
Suite 609
Buffalo, NY 14210

IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

Date: December 11, 2024